(Republished.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE BROWN, Appellant.

Concur — Eager, J. P., Capozzoli, McNally and Bastow, JJ.